**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GASPAR NOHE RENOJ-VELASQUEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN, DESERT VIEW FACILITY, et al.,<br><br>                    Respondents. | Case No. 5:26-CV-03827-FWS(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition; and (2) ordering Respondents to immediately release Petitioner Gaspar Nohe Renoj-Velasquez (A# 088-758-190) from immigration detention.

Respondents are further ordered to file a status report within three days of the date of this Order confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 30, 2026

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

2