JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GASPAR NOHE RENOJ-VELASQUEZ,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-CV-03827-FWS(AS)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: July 30, 2026

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE